ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone:   (310) 445-0800
Facsimile:   (310) 473-2525

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE PALMA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>          Defendant. | NO. CIV-S-05-0476 MCE/KJM<br><br>Judge: Hon. Morrison C.<br>       England, Jr.<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF DATE; ORDER THEREON**<br><br>Complaint Filed:   01/19/05<br>Discovery cut-off: 11/23/05<br>Motion cut-off:    04/17/06<br>Trial Date    :    08/16/06 |

   IT IS HEREBY STIPULATED by and between Plaintiff VALERIE PALMA (hereinafter "plaintiff") and defendant SCOTTSDALE INSURANCE COMPANY (hereinafter "defendant"), and through their counsel as follows:

   In light of the fact that the underlying case has not yet been resolved so that the need for discovery regarding that is ongoing: the schedules of counsel; and the need to depose several individuals; the parties jointly request that

1

the discovery cutoff be extended until February 1, 2006.

DATED: November 14, 2005   SELMAN BREITMAN LLP

          By: _____/s/ *Alan-Yuter*_____
            ALAN B. YUTER
            RACHEL E. HOBBS
          Attorneys for Defendant
          SCOTTSDALE INSURANCE COMPANY

DATED: November 15, 2005

          By: _____/s/ *Joseph-Turri*____
            JOSEPH J. TURRI
          Attorneys for Plaintiff VALERIE PALMA

  Good cause appearing therefore, the discovery cutoff will be extended to February 1, 2006.  All other dates remain as previously set.

  **IT IS SO ORDERED.**

Dated: November 18, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE