```
ALAN B. YUTER (SBN 101534)
RACHEL E. HOBBS (SBN 186424)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE PALMA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:05-CV-0476-MCE-KJM<br><br>Judge: Hon. Morrison C.<br>　　　　England, Jr.<br><br>**STIPULATION TO DISMISS**<br><br>Complaint Filed : 01/19/05<br>Discovery cut-off: 11/23/05<br>Motion cut-off   : 04/17/06<br>Trial Date       : 08/16/06 |

　　TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

　　IT IS HEREBY STIPULATED by and between the parties to this action that the complaint by plaintiff VALERIE PALMA against defendant SCOTTSDALE INSURANCE COMPANY be and hereby is dismissed

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

with prejudice pursuant to FRCP 41(a)(1).

DATED: March 9, 2006          SELMAN BREITMAN LLP

                              By:/S/_____
                                  ALAN B. YUTER
                                  RACHEL E. HOBBS
                                  Attorneys for Defendant
                                  SCOTTSDALE INSURANCE COMPANY

DATED: March 9, 2006          INSURANCE LITIGATORS & COUNSELORS

                              By:/S/_____
                                  JOSEPH JOHN TURRI
                                  Attorneys for Plaintiff
                                  VALERIE PALMA

**ORDER**

   IT IS HEREBY ORDERED.

DATED:   March 15, 2006       _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com